UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KEVIN REVELS, | |
|---|---|
| Plaintiff, | NO.  CV-09-122-CI |
| vs. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION** |
| C/O KLAA FARIS, DIRECTOR NATHANIEL QUATERMAN, and WARDEN TOMMY NORWOOD, | |
| Defendants. | |

Magistrate Judge Imbrogno filed a Report and Recommendation on May 29, 2009, recommending Mr. Revel's action be dismissed without prejudice for lack of venue.  The Court found transferring this action would not further the interests of justice.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing in the appropriate venue after complying with applicable filing requirements.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Petitioner, and close the file.

**DATED** this ____19th_____ day of June 2009.


                                       S/ Edward F. Shea
                                         EDWARD F. SHEA
                          UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\9cv122ci-6-19-adpdisTEX.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1