UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KEVIN REVELS,  )
                             )
        Plaintiff,  )
                             )    CV-09-122-CI
   v.  )
                             )    **JUDGMENT**
C/O KLAA FARIS, et al.,  )
                             )
        Defendants.  )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is ADOPTED and the action is DISMISSED WITHOUT PREJUDICE to Plaintiff filing in the appropriate venue after complying with applicable filing requirements.

DATED this 19th day of June, 2009.

                                      JAMES R. LARSEN
                                      District Court Executive/Clerk

                                      s/ L. Stejskal, Deputy Clerk